LOUIS J. WAGNER, Appellant, *v.* MARY WHITE et al.,
Defendants; GEORGE WAGNER et al., Respondents.

(Argued May 27, 1929; decided June 4, 1929.)

*John B. White* and *Albert J. Rifkind* for motion.

*John F. O' Neil* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.